■ LONG POND-ROMEO LAND Co., LLC, Appellant, v REMO C. TASILLO et al., Respondents. (Appeal No. 1.) [758 NYS2d 580] —Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered May 10, 2002, which, inter alia, denied in part plaintiff's motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Monroe County, Stander, J. Present—Pigott, Jr., P.J., Green, Burns and Gorski, JJ.